IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al. | ) |
| Plaintiffs, | ) NOTICE OF VOLUNTARY DISMISSAL |
| | ) PURSUANT TO |
| v. | ) FED. R. CIV. P. 41(a)(1)(A)(i) |
| | ) |
| MI HOLDINGS, INC. et al. | ) CASE NO. 4:12-CV-00361 |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AGAINST EXELON CORPORATION, EXELON GENERATION CO. AND COMMONWEALTH EDISON COMPANY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiffs, SCOTT D. MCCLURG; TRACY L. MCCARTY; DECEDENT LARRY CRUM, THROUGH HIS HEIRS TRACY L. MCCARTY, RON CRUM, JODI MEYER, AND DEANNA LUSS, AND TRACY L. MCCARTY AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF LARRY CRUM; STACY BLODGETT; TALAYNA MARCO; HOLLY COIL; GAIL MOORE; WILLIAM N. CRUMP; ANTONIO MEGLIO; CHRISTOPHER CAMERON; DECEDENT PATRICIA A. DEUBEL, THROUGH HER HEIRS MARY SHANNON, DANIEL DEUBEL, KATHLEEN URBANOWICZ, AND CAROL M'SHEEHY, AND MARY SHANNON AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF PATRICIA A. DEUBEL; WALTER P. SIECKMANN, SR.; AND WILLIAM B. DONALDSON, hereby give notice that the above-capitioned action is voluntarily dismissed, without prejudice against Defendants Exelon Corporation, Exelon Generation Co. and Commonwealth Edison Company.

Dated May 30, 2012

                                            Respectfully submitted,

                                            /s/ Eric J. Carlson
                                            Eric J. Carlson, #47423MO
                                            Byron Carlson Petri & Kalb, LLC
                                            411 St. Louis Street
                                            Edwardsville, Illinois 62025
                                            Telephone (618) 655-0600
                                            Facsimile (618) 655-4004

Co-Counsel:
Marc J. Bern
Kevin J. Lawner
Napoli Bern Ripka Shkolnik &Assoc., LLP
The Empire State Building
350 Fifth Avenue, Suite 7413
New York, NY 10118
212-267-3700

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| SCOTT D. McCLURG, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:12-cv-00361- AGF |
| | ) |
| MI HOLDINGS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2012, I electronically filed Plaintiffs' Notice of Voluntary Dismissal Against Exelon Coporation, Exelon Generation Co. and Commonweatlh Edison Company with the Clerk of Court using the CM/ECF system which will send notification of such filling to the following:

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

- Kenneth J. Brenna – kbrennan@kbrennanlaw.com
- Kevin J. Lawner – klawner@napolibern.com
- David R. Erickson – derickson@shb.com
- Gerald P. Greiman – ggreiman@spencerfane.com
- Thomas W. Hayde, Jr. – thayde@spencerfane.com
- Jerry K. Ronecker – jerry.ronecker@huschblackwell.com
- Stephen G. Jeffery – sjeffery@jefferylawgroup.com
- Robert H. Schultz – rshultz@heylroyster.com
- John D. Ryan – jryan@lathropgage.com
- Jessica E. Merrigan – jmerrigan@lathropgage.com

The following is the list of **parties** who are NOT currently on the list to receive e-mail notice/service for this case and have been notified manually:

                                                      /s/ Eric J. Carlson