**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SCOTT D. McCLURG, et al., | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL PURSUANT TO** |
| Plaintiffs, | ) | **F.R.C.P 41(a)(1)(A)(i)** |
| | ) | |
| v. | ) | Case No. 4:12-cv-00361- AGF |
| | ) | |
| MI HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AGAINST P. & H. CONSTRUCTION CO. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, SCOTT D. MCCLURG; TRACY L. MCCARTY; DECEDENT LARRY CRUM, THROUGH HIS HEIRS TRACY L. MCCARTY, RON CRUM, JODI MEYER, AND DEANNA LUSS, AND TRACY L. MCCARTY AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF LARRY CRUM; STACY BLODGETT; TALAYNA MARCO; HOLLY COIL; GAIL MOORE; WILLIAM N. CRUMP; ANTONIO MEGLIO; CHRISTOPHER CAMERON; DECEDENT PATRICIA A. DEUBEL, THROUGH HER HEIRS MARY SHANNON, DANIEL DEUBEL, KATHLEEN URBANOWICZ, AND CAROL M'SHEEHY, AND MARY SHANNON AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF PATRICIA A. DEUBEL; WALTER P. SIECKMANN, SR.; AND WILLIAM B. DONALDSON, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant P. & H. Construction Co.

Dated: June 14, 2012

Respectfully submitted,

/s/ Eric J. Carlson
Eric J. Carlson, #47423MO

NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP
Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

KEN BRENNAN LAW, P.C.
Kenneth J. Brennan, #87229 350
502 West Main Street
Collinsville, IL 62234
(618) 343-4222

BYRON CARLSON PETRI & KALB, LLC
Eric J. Carlson, #47423MO
411 St. Louis Street
Edwardsville, IL 62025
(618) 655-0600

TOR HOERMAN LAW LLC
Steven D. Davis, #56281MO
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
(618) 656-4400

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SCOTT D. McCLURG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-cv-00361- AGF |
| | ) | |
| MI HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2012, I electronically filed Plaintiffs' Notice of Voluntary Dismissal Against P. & H. Construction Co. with the Clerk of Court using the CM/ECF system which will send notification of such filling to the following:

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

- David R. Erickson – derickson@shb.com
- Gerald P. Greiman – ggreiman@spencerfane.com
- Thomas W. Hayde, Jr. – thayde@spencerfane.com
- Jerry K. Ronecker – jerry.ronecker@huschblackwell.com
- Stephen Glen Jeffery – sjeffery@jefferylawgroup.com
- John D. Ryan – jryan@lathropgage.com
- Jessica E. Merrigan – jmerrigan@lathropgage.com
- Kenneth J. Brennan – kbrennan@kbrennanlaw.com
- Bettina L. Hollis – bhollis@napolibern.com
- Kevin J. Lawner – klawner@napolibern.com
- Steven D. Davis – sdavis@torhoermanlaw.com

The following is the list of **parties** who are NOT currently on the list to receive e-mail notice/service for this case and have been notified manually:

Alex S. Polonsky
Arnold B. Fagg
Morgan and Lewis, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Brian M. Hom
Deanne L. Miller
Morgan and Lewis, LLP
300 S. Grand
22nd Floor
Los Angeles, CA 90071

/s/ Eric J. Carlson