**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT D. McCLURG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-cv-361-AGF |
| | ) | |
| MI HOLDINGS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS CITGROUP INC. AND ASSOCIATES**
**FIRST CAPITAL CORP.'S MOTION TO DISMISS**

Defendants Citigroup Inc. ("Citigroup") and Associates First Capital Corp. ("AFC") hereby move the Court to dismiss this action as to them, for lack of personal jurisdiction, pursuant to Fed. R. Civ. P 12(b)(2).

Alternatively, Citigroup and AFC move the Court to dismiss this action as to them, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6), on grounds that a parent corporation is not liable for the conduct of its subsidiaries.

As a further alternative, Citigroup and AFC move the Court to dismiss this action as to them, for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6), on grounds that: (1) on the face of the Complaint, plaintiffs' claims are barred by the applicable statute of limitations; (2) the allegations of the Complaint are threadbare and conclusory and fail to meet the minimum pleading requirements of Fed. R. Civ. P. 8; (3) wholly absent from the Complaint are the essential allegations that the alleged release of radioactive material resulted in each of them receiving a radiation dose greater than the federal permissible dose limit; (4) wholly absent from the Complaint are the essential allegations that each of Citigroup and AFC is or was a licensee of

the Nuclear Regulatory Commission; and/or (5) the state law claims in Counts II through VIII of the Complaint are preempted by federal law.

The grounds of this motion further are set forth in the accompanying supporting memorandum and Declarations, which are incorporated herein by reference.

WHEREFORE, Defendants Citigroup and AFC request that the Court dismiss this action as to them, with prejudice; award to them their costs incurred in connection with this action, including reasonable attorney's fees; and grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Gerald P. Greiman
Gerald P. Greiman #26668 MO
Thomas W. Hayde #57368 MO
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
(314) 863-7733 (Telephone)
(314) 862-4656 (Facsimile)
ggreiman@spencerfane.com
thayde@spencerfane.com

*Attorneys for Defendants Associates First Capital Corp. and Citigroup Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of June, 2012, the foregoing document was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following attorneys of record:

Eric J. Carlson
Christopher W. Byron
BYRON CARLSON PETRI & KALB, LLC
411 St. Louis Street
Edwardsville, IL 62025
(ejc@bcpklaw.com)

Kenneth J. Brennan
KEN BRENNAN FIRM, P.C.
502 W. Main Street, Ste. 300
Collinsville, IL 62234
(kbrennan@kbrennanlaw.com)

Bettina L. Hollis
Kevin J. Lawner
NAPOLI AND BERN
350 Fifth Avenue
New York, NY 10118
(Bhollis@NapoliBern.com)
(Klawner@NapoliBern.com)

Steven D. Davis
TOR HOERMAN LAW LLC
101 W. Vandalia Street, Ste. 350
Edwardsville, IL 62025
(sdavis@torhoermanlaw.com)

***Attorneys for Plaintiffs***

David R. Erickson
SHOOK AND HARDY, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(derickson@shb.com)

***Attorneys for Defendants MI Holdings, Inc., Mallinckrodt, Inc. and Covidien, Inc.***

Jerry K. Ronecker
HUSCH BLACKWELL, LLP
190 Carondelet Plaza, Ste. 600
St. Louis, MO 63205
(jerry.ronecker@husbhblackwell.com)

Deanne L. Miller
Brian M. Hom
MORGAN, LEWIS & BOCKIUS, LLP
300 S. Grand, 22nd Fl.
Los Angeles, CA 90071
(dmiller@morganlewis.com)
(bhom@morganlewis.com)

Arnold B. Fagg
Alex S. Polonsky
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., N.W.
Washington, DC 20004
(bfagg@morganlewis.com)
(apolonsky@morganlewis.com)

***Attorneys for Defendant Cotter Corp.***

Stephen Glen Jeffery
JEFFERY LAW GROUP
20 S. Central Ave., Ste. 306
St. Louis, MO 63105
(sjeffery@jefferylawgroup.com)

***Attorneys for Defendants Jarboe Realty and Investment Company, Inc. and DJR Holdings, Inc.***



SL 996365.1

John D. Ryan
LATHROP AND GAGE, LLP
7701 Forsyth Boulevard, Ste. 500
Clayton, MO 63105
(jryan@lathropgage.com)

Jessica E. Merrigan
LATHROP AND GAGE, LLP
2345 Grand Boulevard, Ste. 2800
Kansas City, MO 64108
(jmerrigan@lathropgage.com)

***Attorneys for Defendants Rock Road Industries, Inc. and Bridgeton Landfill, LLC***

/s/ Gerald P. Greiman