IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Pertaining to Cases Consolidated for |
| | ) Discovery and Pretrial Proceedings under |
| MALLINCKRODT, INC., et al., | ) Lead Case No.  4:12CV00361 AGF |
| Defendants. | ) |

**PROPOSED ORDER REGARDING PRODUCTION OF
ELECTRONICALLY STORED INFORMATION**

In response to the Court's May 8, 2015 Order (Doc. 295), Defendants submit their proposed Order regarding the discovery of Electronically Stored Information, attached as Exhibit A, and request that the same be entered by this Court.

The Parties have agreed to revise certain initial deadlines due to the passage of time since the competing orders were submitted to the Court. These changes are reflected in Sections B and C. The remainder of the Order is unchanged from Defendants' prior proposal (Doc. 287).

WHEREFORE, Defendants respectfully request that the Court enter the attached Order regarding the discovery of ESI.

Dated: May 13, 2015

/s/ Steven D. Soden
SHOOK, HARDY & BACON LLP
David R. Erickson, # 31532MO
Steven D. Soden, # 41917MO
Erica A. Ramsey, # 63225MO
derickson@shb.com
ssoden@shb.com
eramsey@shb.com
2555 Grand Boulevard

6962585 v1

Kansas City, MO  64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC (INCORRECTLY
DENOMINATED AS MALLINCKRODT,
INC.)

/s/ Deanne L. Miller
MORGAN, LEWIS & BOCKIUS LLP
Deanne L. Miller (*Pro Hac Vice*)
Brian M. Hom (*Pro Hac Vice*)
300 S. Grand Ave.
Twenty-Second Floor
Los Angeles, CA 90071-3132
Main: 213.612.2500
Fax: 213.612.2501
dlmiller@morganlewis.com
bhom@morganlewis.com

John McGahren (*Pro Hac Vice*)
502 Carnegie Center
Princeton, NJ 08540-6241
Main: 1.609.919.6600
Fax: 1.609.919.6701
jmcgahren@morganlewis.com

HUSCH BLACKWELL LLP
Jerry K. Ronecker, # 10594MO
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Main: 314.480.1500
Fax: 314.480.1505
jerry.ronecker@huschblackwell.com

ATTORNEYS FOR DEFENDANT
COTTER CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2015, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/  Steven D. Soden  
ATTORNEYS FOR DEFENDANT  
MALLINCKRODT LLC

6962585 v1