UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. MCCLURG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-00361-AGF |
| | ) | |
| MALLINCKRODT, INC., et al., | ) | Lead Case |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

Upon careful consideration of Plaintiffs' motion for leave to supplement their expert disclosures by April 28, 2017, and Defendants' opposition thereto, the Court concludes that Plaintiffs have demonstrated good cause for the relief requested. Although the schedule has been extended multiple times, at the request of both parties, all parties have, in general, proceeded diligently considering the complexity of the issues in these consolidated cases. Moreover, as expert discovery is still at an early stage, Defendants would suffer little prejudice from the proposed extension.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs motion to amend the scheduling order is **GRANTED**. ECF No. 534. Plaintiffs shall have until **April 28, 2017** to supplement their expert disclosures.

**IT IS FURTHER ORDERED** that the parties shall confer in good faith regarding any further amendment to the Case Management Order that may be necessary as a result

of this extension.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2017.