# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al.,      )<br>                                                     )<br>                        Plaintiffs,   )<br>                                                     )<br>vs.                                            )<br>                                                     )<br>MALLINCKRODT LLC, et al.,   )<br>                                                     )<br>                        Defendants.  )<br>                                                     )<br>                                                     ) | Pertaining to Cases Consolidated for Discovery and Pretrial Proceedings under Lead Case No.  4:12CV00361 AGF |

## JOINT MOTION TO STAY PROCEEDINGS AND EXTEND SCHEDULING DEADLINES

Plaintiffs and Defendants (collectively the "Parties") submit this agreed motion to stay all case matters and continue all deadlines for 90 days pending potential resolution of this matter.

In the interests of conserving the Court's and the Parties' resources, and in order to allow the parties to dedicate their energies over the next few months to preparing for and participating in potential resolution of this matter, the Parties have jointly agreed to defer deadlines in this litigation for 90 days.  The Parties will jointly propose new deadlines for the case if resolution of this matter cannot be agreed upon.

Absent a stay, the Parties will continue to drain resources—*e.g.*, drawing on funds to pay attorneys' fees and litigation expenses—that might otherwise be dedicated to a potential resolution; as the Parties expend additional resources, the likelihood of potential resolution will diminish because the Parties' case investment will have increased; and, the need to litigate and adhere to the current deadlines will occupy the vast majority of the Parties' time, inhibiting their ability to potentially resolve this matter.

2

Therefore, the Parties respectfully request that this Honorable Court enter an Order staying all case deadlines for 90 days pending potential resolution of this matter.

Dated:  October 15, 2018     Respectfully submitted,

/s/ Kenneth J. Brennan
TOR HOERMAN LAW LLC
Kenneth J. Brennan, #47523MO
Eric M. Terry, # 57102MO
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Telephone: (618) 656-4400
kbrennan@torhoermanlaw.com
eterry@torhoermanlaw.com

ATTORNEYS FOR PLAINTIFFS


/s/ David R. Erickson
SHOOK, HARDY & BACON LLP
David R. Erickson, # 31532MO
Steven D. Soden, # 41917MO
Anthony R. Martinez, # 61791MO
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
derickson@shb.com
ssoden@shb.com
amartinez@shb.com

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC


/s/ John McGahren
MORGAN, LEWIS & BOCKIUS LLP
John McGahren (*Pro Hac Vice*)
Sean Radomski (*Pro Hac Vice*)
502 Carnegie Center
Princeton, NJ 08540-6241

        Main: 1.609.919.6600
        Fax: 1.609.919.6701
        john.mcgahren@morganlewis.com
        sean.radomski@morganlewis.com

        Clayton Morton (*Pro Hac Vice*)
        1000 Louisiana Street, Suite 4000
        Houston, TX 77002-5005
        Main: 713.890.5100
        Fax: 713.890.5001
        clayton.morton@morganlewis.com

        Su Jin Kim (*Pro Hac Vice*)
        1701 Market Street
        Philadelphia, PA 19103
        Main: 215.963.5000
        Fax: 215.963.5001
        su.kim@morganlewis.com

        BRYAN CAVE LEIGHTON PAISNER LLP
        Dale A. Guariglia, Mo. Bar 32988
        Erin L. Brooks, Mo. Bar 62764
        One Metropolitan Square
        211 N. Broadway, Suite 3600
        St. Louis, Missouri 63102
        (314) 259-2000 (telephone)
        (314) 259-2020 (facsimile)
        daguariglia@bclplaw.com
        erin.brooks@bclplaw.com

        ATTORNEYS FOR DEFENDANT
        COTTER CORP. (N.S.L.)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of October, 2018, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                        /s/ John McGahren

8977786 v1