IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ADMINISTRATIVE ORDER REGARDING
RADIONUCLIDE EXPOSURE CLAIMS AGAINST
MALLINCKRODT LLC AND/OR COTTER CORPORATION (N.S.L.)

For the past six years, beginning in February 28, 2012, hundreds of plaintiffs have filed claims against Mallinckrodt LLC and/or Cotter Corporation (N.S.L.), for alleged exposure to ionizing radiation and/or radionuclides arising from production of uranium for the United States by Mallinckrodt and allegedly released by Mallinckrodt, Cotter and/or other Persons or Entities in the St. Louis area after 1941.  Those cases asserting personal injury claims have been consolidated before the Hon. Audrey G. Fleissig for pretrial purposes, including settlement and, as appropriate, bellwether trials, in Scott D. McClurg, et al., v. MI Holdings, Inc., et al., Case No. 4:12CV00361 AGF.  Following protracted pretrial proceedings, the parties to those consolidated proceedings are engaged in settlement discussions through the court-appointed mediator involving the consolidated cases and certain other cases not yet filed.

To assure orderly and efficient proceedings with respect to cases that have been filed or may be filed in the future that have not been part of the consolidated proceedings or part of the settlement proceedings,

**IT IS HEREBY ORDERED** that current and future cases against Cotter and/or Mallinckrodt filed by Plaintiffs whose cases have not heretofore been a part of the consolidated court proceedings alleging Radionuclide Exposure Claim(s) against Cotter and/or Mallinckrodt arising from, related to, or in any way pertaining to any alleged exposure to ionizing radiation and/or radionuclides arising from production of uranium for the United States by Mallinckrodt and allegedly released by Mallinckrodt, Cotter and/or other Persons or Entities in the St. Louis

area after 1941, including any derivative or future claims, shall, on proper motion of a party and Order of Judge Fleissig, be transferred to the Hon. Audrey G. Fleissig for consolidated pretrial and discovery proceedings. The Court will assess the continued need for consolidation as the cases progress.

RODNEY W. SIPPEL
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 15, 2018