# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Pertaining to Cases Consolidated for |
| MALLINCKRODT LLC, et al., | ) Discovery and Pretrial Proceedings under ) Lead Case No.  4:12CV00361 AGF |
| Defendants. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of January 25, 2019 (Doc. #765), the parties provide the following status report setting forth the topics to discuss and proposed schedules in advance of the April 5, 2019, Status Conference.

**A.**     **Scheduling Order**

On February 26, 2019, the parties provided to the Court with their respective positions regarding proposed Scheduling Orders.  The parties believe this issue is fully briefed and can be decided by the Court.  The parties do not believe there are any further issues to discuss at the Joint Status Conference at this time.

| | |
|---|---|
| Dated:  March 29, 2019 | Respectfully submitted, |

*/s/ Kenneth B. McClain (with Consent)*

Kenneth B. McClain #32430
kbm@hfmlegal.com
Jonathan M. Soper #61204
jms@hfmlegal.com
Colin W. McClain #64012
cwm@hfmlegal.com
221 W. Lexington, Suite 400
P.O. Box 900
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 FAX

ATTORNEYS FOR PLAINTIFFS

*/s/  David R. Erickson*
SHOOK, HARDY & BACON LLP
David R. Erickson, # 31532MO
Steven D. Soden, # 41917MO
Anthony R. Martinez, # 61791MO
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
derickson@shb.com
ssoden@shb.com
amartinez@shb.com

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC

*/s/  John McGahren    (with Consent)*
MORGAN, LEWIS & BOCKIUS LLP
John McGahren (*Pro Hac Vice*)
Sean Radomski (*Pro Hac Vice*)
502 Carnegie Center
Princeton, NJ 08540-6241
Main: 1.609.919.6600
Fax: 1.609.919.6701
john.mcgahren@morganlewis.com
sean.radomski@morganlewis.com

Clayton Morton (*Pro Hac Vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Main: 713.890.5100
Fax: 713.890.5001
clayton.morton@morganlewis.com

Su Jin Kim (*Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103
Main: 215.963.5000
Fax: 215.963.5001
su.kim@morganlewis.com

BRYAN CAVE LLP
Dale A. Guariglia, Mo. Bar 32988
Erin L. Brooks, Mo. Bar 62764
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)
daguariglia@bryancave.com
erin.brooks@bryancave.com

ATTORNEYS FOR DEFENDANT
COTTER CORP. (N.S.L.)

3

4830-9120-3216 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of March, 2019, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                          */s/ David R. Erickson*

4830-9120-3216 v1