UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-00361-AGF |
| ) | |
| MALLINCKRODT, INC., et al., ) | Lead Case |
| ) | |
| Defendants. ) | |

## ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the motion of TorHoerman Law LLC to establish a Qualified Settlement Fund and to appoint John Bair as administrator of the Qualified Settlement Fund is **GRANTED**. ECF No. 774.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2019