# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Pertaining to Cases Consolidated for |
| | ) Discovery and Pretrial Proceedings under |
| MALLINCKRODT LLC, et al., | ) Lead Case No.  4:12CV00361 AGF |
| Defendants. | ) |

## CASE MANAGEMENT ORDER NO. 15

Plaintiffs Maud Kelly, Lynn Chitty, John Combest, Estate of Nicky Elliott, and Lora Fellner ("Plaintiffs") and Defendants ("the Parties") propose, and the Court hereby adopts and Orders, that the following schedule shall apply regarding discovery on these Plaintiffs' cases:

1. Plaintiffs shall make themselves available for deposition by **June 28, 2019**.

2. Mediation will be scheduled with each Plaintiff attending in person by **July 15, 2019**.

3. Any motions for summary judgment and/or for a ruling on any common issues must be filed by **July 12, 2019**, if not filed sooner. Responses shall be filed within **14 days** of any motions, and any reply shall be filed within **7 days** of any response.

4. Other deadlines related to these cases, including deadlines for Cotter's expert reports and Daubert motions will be decided at a later date.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2019.