**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTT D. MCCLURG, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MALLINCKRODT, LLC., *et al.*, )<br>)<br>Defendants. ) | Pertaining to Cases Consolidated for Discovery and Pretrial Proceedings under Lead Case No. 4:12CV00361 AGF |

**BANKRUPTCY LITIGATION ADMINISTRATOR'S FIRST AMENDED CERTIFICATE OF SERVICE OF NOTICES OF SETTLEMENT AWARD IN PERSONAL INJURY CASE UPON UNITED STATES TRUSTEES AND BANKRUPTCY TRUSTEES**

COMES NOW Robert E. Eggmann, the court-appointed Bankruptcy Litigation Administrator[1] in the above-captioned cause of action, by and through the undersigned counsel, pursuant to this Court's Order of October 16, 2019 [ECF No. 785], and files his *First Amended Certificate of Service of Notices of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees*, amending the original *Certificate of Service of Notices of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees* [ECF No. 786] filed on November 1, 2019 and evidencing service of a certain *Notice of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees* on November 12, 2019 as follows:

1. With respect to the Bankruptcy Claim of Elizabeth Pross: by regular U.S. Mail, postage prepaid, upon the Office of the United States Trustee- Region 18 at 720 Park Boulevard, Suite 220, Boise, ID  83712.

---

[1] Unless otherwise indicated, all defined terms contained in this Certificate of Service of Notices of Settlement Award in Personal Injury Case shall have the same meanings assigned to them in the *Amended Motion of Plaintiffs' Counsel for an Order: (1) Appointing a Bankruptcy Litigation Administrator to Serve in this Case, (2) Granting the Bankruptcy Litigation Administrator Authority to Perform Certain Duties as Set Forth in this Motion, (3) Approving the Proposed Notice of Settlement Award, and (4) Setting a Deadline for Response to the Proposed Notice of Settlement Award* [ECF No. 784] filed in this case.

Respectfully submitted,

*/s/ Robert E. Eggmann*
Robert E. Eggmann, Missouri Bar # 37374
CARMODY MACDONALD P.C.
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
Fax No. (314) 854-8660
ree@carmodymacdonald.com
BANKRUPTCY LITIGATION ADMINISTRATOR