**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SCOTT D. MCCLURG, *et al.*,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>MALLINCKRODT, LLC., *et al.*,  )<br><br>Defendants.  ) | Pertaining to Cases Consolidated for Discovery and Pretrial Proceedings under Lead Case No. 4:12CV00361 AGF |

**BANKRUPTCY LITIGATION ADMINISTRATOR'S THIRD AMENDED
CERTIFICATE OF SERVICE OF NOTICES OF SETTLEMENT AWARD IN
PERSONAL INJURY CASE UPON UNITED STATES TRUSTEES
AND BANKRUPTCY TRUSTEES**

COMES NOW Robert E. Eggmann, the court-appointed Bankruptcy Litigation Administrator[1] in the above-captioned cause of action, by and through the undersigned counsel, pursuant to this Court's Order of October 16, 2019 [ECF No. 785], and files his *Second Amended Certificate of Service of Notices of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees*, amending the original *Certificate of Service of Notices of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees* [ECF No. 786] filed on November 1, 2019, and amending the *First Amended Certificate of Service of Notices of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees* [ECF No. 789] filed on November 18, 2019, and amending the *Second Amended Certificate of Service of Notices of Settlement Award in Personal Injury Case Upon*

---

[1] Unless otherwise indicated, all defined terms contained in this Certificate of Service of Notices of Settlement Award in Personal Injury Case shall have the same meanings assigned to them in the *Amended Motion of Plaintiffs' Counsel for an Order: (1) Appointing a Bankruptcy Litigation Administrator to Serve in this Case, (2) Granting the Bankruptcy Litigation Administrator Authority to Perform Certain Duties as Set Forth in this Motion, (3) Approving the Proposed Notice of Settlement Award, and (4) Setting a Deadline for Response to the Proposed Notice of Settlement Award* [ECF No. 784] filed in this case.

*United States Trustees and Bankruptcy Trustees* [ECF No. 795] filed on December 2, 2019, and evidencing service of a certain *Notice of Settlement Award in Personal Injury Case Upon United States Trustees and Bankruptcy Trustees* on December 3, 2019 as follows:

1. With respect to the Bankruptcy Claim of Rosemary L. Wielms: by email upon the Office of the United States Trustee- Region 13 at Paul.A.Randolph@usdoj.gov.

                              Respectfully submitted,

                              */s/ Robert E. Eggmann*
                              Robert E. Eggmann, Missouri Bar # 37374
                              CARMODY MACDONALD P.C.
                              120 S. Central Ave., Suite 1800
                              St. Louis, Missouri 63105
                              (314) 854-8600
                              Fax No. (314) 854-8660
                              ree@carmodymacdonald.com
                              BANKRUPTCY LITIGATION ADMINISTRATOR