**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SCOTT D. MCCLURG, et al., ) | |
| ) | Case No. 4:12-cv-00361-AGF |
| Plaintiffs, ) | LEAD CASE |
| ) | |
| vs. ) | |
| ) | |
| MALLINCKRODT, LLC, et al., ) | (Consolidated with Case Nos. |
| ) | Butler, 4:18-cv-01701 |
| Defendants. ) | Koterba, 4:18-cv-01702 |
| ) | Hines, 4:18-cv-01703 |
| ) | Walick, 4:18-cv-01704) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW, and pursuant to Fed. R. Civ. P. 74(a), Bryan Cave Leighton Paisner, LLP, by and through the undersigned attorneys, hereby withdraws its representation of Defendant Cotter Corporation N.S.L. in the parent case 4:12-cv-00361 and case nos. 4:18-cv-01701, 4:18-cv-01702, 4:18-cv-01703 and 4:18-cv-01704 that are consolidated under the parent case. As of the date of this filing, no motion is pending, and no trial has been set.

Dated:  April 22, 2020

Respectfully submitted,

/s/     *Erin L. Brooks*
BRYAN CAVE LEIGHTON PAISNER LLP
Dale A. Guariglia, Mo. Bar 32988
daguariglia@bryancave.com
Erin L. Brooks, Mo. Bar 62764
erin.brooks@bryancave.com
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

*ATTORNEYS FOR DEFENDANT*
*COTTER CORPORATION N.S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2020, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/          *Erin L. Brooks*
*ATTORNEYS FOR DEFENDANT*
*COTTER CORPORATION N.S.L.*