UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-00361-AGF |
| ) | |
| MALLINCKRODT, INC., et al., ) | Lead Case |
| ) | |
| Defendants. ) | |

## ORDER OF CONSOLIDATION

Pursuant to the Administrative Order that Chief Judge Rodney W. Sippel entered in *McClurg* on October 15, 2018, regarding Radionuclide Exposure Claims against Mallinckrodt LLC and/or Cotter, ECF No. 742, the following cases shall be consolidated with this case as the Lead Case pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 4.03:

> 4:20-cv-00568-AGF Hussman et al v. Mallinckrodt LLC. et al
> 4:20-cv-00569-AGF Baker et al v. Mallinckrodt LLC. et al

These cases involve the same Defendants, Plaintiffs' counsel, and general allegations as the Lead Case and therefore present common questions of law and fact.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall consolidate the cases listed above with Case No. 4:12-CV-00361-AGF for pretrial purposes.  The undersigned will preside over all pretrial motions on common issues, including ruling on any dispositive and *Daubert* motions.  At the conclusion of the pretrial phase, the cases will be unconsolidated.

**IT IS FURTHER ORDERED** that Case Management Orders and other Orders entered in the Lead Case shall apply to all consolidated cases.

**IT IS FURTHER ORDERED** that all future filings *other than pleadings as defined in Rule 7(a) of the Federal Rules of Civil Procedure*, should be made in this case, Case No. 4:12-CV-00361-AGF, which is designated as the "Lead Case," and should only reference the case number of the Lead Case.   Pleadings as defined in Rule 7(a) should be filed only in the individual (original) case file.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file a copy of this Order in the Lead Case and in the above-listed cases.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2020.