IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT D. MCCLURG, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MALLINCKRODT LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Pertaining to Cases Consolidated for Discovery and Pretrial Proceedings under Lead Case No. 4:12CV00361 AGF |

# <u>BUTLER PLAINTIFFS'[1] RESPONSE TO DEFENDANTS' MOTION TO EXTEND CMO DEADLINES</u>

Plaintiffs agree to a 70 day extension to all deadlines, including depositions of Defendant's experts, on the grounds that those depositions be completed (remotely if necessary) within those 70 days. Defendants have been unwilling to commit to producing any of their experts remotely, even with a 70 day extension. Should it be unfeasible for each expert to appear in the same room as the court reporter, videographer, and attorneys within the next 70 days, Defendants plan to ask for a further extension rather than offering to timely produce their experts remotely. There are too many uncertainties to extend the deadlines for 70 days without providing for remote depositions if necessary. These experts are located throughout the country and are subject to varying travel restrictions and social distancing orders. And given Defendants' claim that they are "older adults who are at elevated risk for complications should they contract COVID-19," they should be able to choose for themselves if they prefer a remote, as opposed to an in-person deposition. Respectfully, the Court should grant them that choice by extending the deadlines for 70 days and permitting remote depositions within this time frame so that expert depositions can be completed

---

[1] The *Butler* Plaintiffs are the four Plaintiffs in *Butler v. Mallinckrodt LLC*, No. 4:18-cv-01701-AGF; *Koterba v. Mallinckrodt LLC*, No. 4:18-cv-01702-AGF; *Hines v. Mallinckrodt LLC*, No. 4:18-cv-01703-AGF; and *Walick v. Mallinckrodt LLC*, No. 4:18-cv-01704-AGF

1

remotely if needed. Plaintiffs submit a proposed order as Exhibit A which is identical to the one Defendants submitted with the addition of paragraph 5, which reads: "In light of the current COVID-19, any depositions conducted in this case may be done so remotely in order to meet these deadlines."

WHEREFORE, for the reasons stated above, *Butler* Plaintiffs respectfully ask the Court to enter an Order extending the remaining dates by approximately seventy (70) days, allowing for Defendants' experts to be produced for depositions remotely during this extended time, as reflected in Exhibit A.

Respectfully Submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

*/s/ Jonathan Soper*
Kenneth B. McClain           #32430
Jonathan M. Soper            #61204
Colin W. McClain             #64012
221 West Lexington, Suite 400
Independence, MO 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
cwm@hfmlegal.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2020, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Jonathan Soper

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | RILEY SAFER HOLMES & CANCILA, LLP |
| David R. Erickson    # 31532MO | Brian O. Watson, #68678MO |
| Steven D. Soden       # 41917MO | 70 W. Madison St., Ste. 2900 |
| Anthony R. Martinez  # 61791MO | Chicago, Illinois 60602 |
| 2555 Grand Boulevard | Telephone: (312) 471-8700 |
| Kansas City, MO  64108-2613 | Facsimile: (816) 836-8966 |
| Phone: (816) 474-6550 | bwatson@rshc-law.com |
| Fax: (816) 421-5547 | **ATTORNEYS FOR DEFENDAN** |
| derickson@shb.com | **COTTER CORPORATION (N.S.L)** |
| ssoden@shb.com | |
| amartinez@shb.com | |
| **ATTORNEYS FOR DEFENDANT MALLINCKRODT LLC** | |