UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT D. MCCLURG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:12-CV-00361-AGF |
| MALLINCKRODT, LLC, et al., | ) | Lead Case |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal With Prejudice (ECF No. 1039) filed by the parties is **SO ORDERED**. The claims of all parties listed on ECF No. 1039 are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file a copy of the Stipulation of Dismissal With Prejudice (ECF No. 1039) and this Order in the Lead Case and in each of the member cases listed in ECF No. 1039.

All claims against all parties having been resolved, these consolidated cases shall be closed by the Clerk of Court.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2022.